UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON GUILLEN-ANDRINGA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 3:22-cv-05372-JHC<br><br>ORDER |

In a scheduling order issued on August 2, 2022, the Court directed Plaintiff to file an opening brief no later than August 30. Dkt. # 8. As of the date of this order, Plaintiff has not done so. Nor has Plaintiff sought relief from that deadline under Local Civil Rule 7(j).

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within ten (10) days of the date of this order explaining why this action should not be dismissed for failure to comply with the Court's scheduling order. *See* Fed. R. Civ. P. 41(b).

Dated this 14th day of September, 2022.

John H. Chun
United States District Judge

ORDER - 1