UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNON GUILLEN-ANDRINGA,<br><br>                      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                      Defendant. | Case No. 3:22-cv-05372-JHC<br><br>**ORDER AMENDING SCHEDULING ORDER** |

       This matter is before the Court on Plaintiff's Motion to Amend the Scheduling Order. Dkt. # 10. Plaintiff filed the motion after the Court issued an Order to Show Cause for Plaintiff's failure to comply with the Court's scheduling order. *See* Dkt. # 9. The Court construes the present motion as a response to the Order to Show Cause. Based on the reason provided by Plaintiff's counsel, the Court hereby GRANTS Plaintiff's motion to extend the due date for Plaintiff's Opening Brief by ten (10) days. Accordingly, the Court hereby ORDERS that the Scheduling Order (Dkt. # 8) be amended as follows:

- Plaintiff's Opening Brief is due September 24, 2022
- Defendant's Response Brief is due October 22, 2022
- Plaintiff's Optional Reply Brief is due November 5, 2022

ORDER AMENDING SCHEDULING ORDER
- 1

1

2    DATED this 16th day of September, 2022.

3

4    _____
     John H. Chun
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER AMENDING SCHEDULING ORDER
- 2